966 A.2d 545

**Christopher TOLAND, Appellant**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2009, the order of the Commonwealth Court is AFFIRMED. The Application to Suppress Appellant's Brief is DISMISSED as moot.